```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

ANTONIO ZAMORA,

       Plaintiff,

v.                              Case No:  2:21-cv-102-JES-MRM

SENIOR CARE RESIDENCES
SAPPHIRE LAKES AT NAPLES,
LLC.,

       Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #14), filed July 9, 2021, recommending that the Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice (Doc. #11) be denied without prejudice, and the parties be ordered to elect one of two options by a deadline.  The two options presented were to: (1) file an amended joint motion to approve a settlement agreement that adequately addresses the issues identified by the Report and Recommendation and to file a fully executed settlement agreement that is binding on relevant parties if approved; or (2) file an Answer so the case may proceed with scheduling.  On July 26, 2021, the parties filed an Amended Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice (Doc. #15) clearly electing the first option.  No objections were filed.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #14) is **DENIED as moot.**

2. The parties' Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice (Doc. #11) is **DENIED as moot.**

3. The parties' Amended Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice (Doc. #15) is **referred** to the Magistrate Judge.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of July 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties